[No. 9100-0-I.   Division One.   February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
HARRIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01798-8, David W. Soukup, J., entered July 14, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Durham and Corbett, JJ.

[No. 9624-9-I.   Division One.   February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CYNTHIA
LYNN BANDLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02231-4, Robert M. Elston, J., entered December 3, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.

[No. 9877-2-I.   Division One.   February 16, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. PAMELA
ANN MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03948-9, Philip H. Faris, J., entered January 19, 1981. *Dismissed* by unpublished per curiam opinion.